**ARKANSAS NATURAL GAS CORPORATION, Appellant and Cross-Appellee, v. James M. SARTOR et al., Appellees and Cross-Appellants.**

**James M. SARTOR et al., Appellees and Cross-Appellants, v. ARKANSAS NATURAL GAS CORPORATION, Appellant and Cross-Appellee.**

No. 11399.

Circuit Court of Appeals, Fifth Circuit.

Jan. 23, 1946.

H. C. Walker, Jr., and Elias Goldstein, both of Shreveport, La., for Arkansas Natural Gas Corporation.

G. P. Bullis, of Ferriday, La., for James M. Sartor et al.

Before HOLMES, WALLER, and LEE, Circuit Judges.

PER CURIAM.

We are of the opinion that the judgment of the lower Court, predicated upon the jury's verdict, should be affirmed upon the direct appeal, as well as on the cross appeal, and it is so ordered.

Affirmed.

**Leslie Lee SMITH, Appellant, v. PUBLIC UTILITIES COMPANY.**

No. 13086.

Circuit Court of Appeals, Eighth Circuit.

Dec. 14, 1945.

J. R. Wilson, of El Dorado, Ark., for appellant.

Mahony & Yocum, of El Dorado, Ark., for appellee.

PER CURIAM.

Appeal from District Court dismissed with prejudice at cost of appellant, on stipulation of parties.

**UNITED STATES of America v. FIRST NATIONAL BANK & TRUST COMPANY and H. H. Ogden.**

No. 3283.

Circuit Court of Appeals, Tenth Circuit.

Jan. 11, 1946.

Cleon A. Summers, U. S. Atty., and Francis Stewart, Asst. U. S. Atty., both of Muskogee, Okl., for appellant.

Charles P. Gotwals, of Muskogee, Okl., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Docketed and dismissed on motion of appellant.